EL PASO ELECTRIC COMPANY; City of El Paso; State of Texas and Office of Public Utility Counsel, Appellants,

v.

PUBLIC UTILITY COMMISSION of TEXAS; ASARCO, Inc.; and Phelps Dodge Refining Corporation, Appellees.

No. 03-93-00661-CV.

Court of Appeals of Texas, Austin.

March 13, 1996.

Before CARROLL, C.J., and POWERS, ABOUSSIE, JONES, KIDD and B.A. SMITH, JJ.

PER CURIAM.

The parties have filed a joint motion to dismiss. The parties' joint motion is granted. Tex.R.App.P. 59(a)(1)(A).

The judgment of this Court, dated July 12, 1995, is withdrawn; the judgment of the trial court is vacated and the cause dismissed in accord with the settlement agreement of the parties. The majority and dissenting opinions of this Court dated July 12, 1995, are not withdrawn.